MERRICK SCOTT RAYLE S.B.N. 139478
LOVELL STEWART HALEBIAN, LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
MRayle@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

Proposed Co-Lead Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. C 05-00456 MMC<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL<br><br>Date: May 13, 2005<br>Time: 9:00 a.m.<br><br>Hon. Maxine M. Chesney |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
Master File No. C 05-00456 MMC

1   The Court, having considered the lead plaintiff motions and all papers filed in connection
2   thereof, and good cause appearing therefore, hereby ORDERS as follows:

3   1. The motion of movants William S. Hayman and John Herlihy (collectively, the "Silicon Image Lead Plaintiff Group") is GRANTED;

4   2. The Silicon Image Lead Plaintiff Group is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii); and

5   3. Zwerling, Schachter & Zwerling, LLP and Lovell Stewart Halebian, LLP are appointed Co-Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

Dated: April 27, 2005          /s/ Maxine M. Chesney
                               THE HONORABLE MAXINE M. CHESNEY
                               UNITED STATES DISTRICT COURT JUDGE

*Submitted By:*

MERRICK SCOTT RAYLE S.B.N. 139478
LOVELL STEWART HALEBIAN, LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
MRayle@lshllp.com

CHRISTOPHER LOVELL
LOVELL STEWART HALEBIAN, LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
CLovell@lshllp.com

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL
Master File No. C 05-00456 MMC