MERRICK SCOTT RAYLE (#139478)
LOVELL STEWART HALEBIAN LLP
213 Woods Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
mrayle@lshllp.com

CHRISTOPHER LOVELL
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. 3:05-cv-00456-MMC |
| This Document Relates To: All Actions | STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME TO FILE A CONSOLIDATED AMENDED COMPLAINT<br><br>Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A CONSOLIDATED
AMENDED COMPLAINT
Master File No. 3:05-cv-00456-MMC

1     WHEREAS, on January 31, 2005, <u>Curry v. Silicon Image, Inc. et al.</u> a complaint was filed;

3     WHEREAS, on March 1, 2005, the Court approved the parties' Stipulation of Consolidation and Scheduling Order;

5     WHEREAS, on April 27, 2005, the Court approved William S. Hayman and John Herlihy ("Lead Plaintiffs") as Lead Plaintiffs and appointed Zwerling, Schachter & Zwerling, LLP and Lovell Stewart Halebian LLP as Co-Lead Counsel;

8     WHEREAS, on May 27, 2005, the Court continued the Case Management Conference to September 30, 2005;

10     WHEREAS, the parties have stipulated that the time for the Lead Plaintiffs to file a consolidated amended complaint should be extended to July 27, 2005; and

12     WHEREAS, pursuant to the parties' Stipulation of Consolidation and Scheduling Order dated February 28, 2005 and approved by the Court on March 1, 2005, the time for all defendants to respond is extended until sixty (60) days after the filing of the consolidated amended complaint, unless otherwise agreed upon by the parties and approved by the Court. If defendants file any motions directed at the complaint or consolidated amended complaint, Lead Plaintiffs' opposition brief shall be filed within sixty (60) days of that response, and the reply brief shall be filed thirty (30) days thereafter, unless otherwise agreed upon by the parties and approved by the Court.

20     NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

22     1.    The time for filing and serving a Consolidated Amended Complaint is extended to July 27, 2005.

Dated: June 22, 2005                                          LOVELL STEWART HALEBIAN LLP
                                                                                      CHRISTOPHER LOVELL
                                                                                      MERRICK SCOTT RAYLE

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A CONSOLIDATED
AMENDED COMPLAINT Master File No. 3:05-cv-00456-MMC

2

ZWERLING, SCHACHTER &
ZWERLING, LLP
RICHARD A. SPEIRS
PAUL KLEIDMAN

By: _____
MERRICK SCOTT RAYLE

Co-Lead Counsel for Plaintiffs

Dated: June 22, 2005

FENWICK & WEST LLP
ALICE L. JENSEN

By: _____
ALICE L. JENSEN

Attorneys for Defendants
Silicon Image, Inc., Steve Tirado, and Robert Gargus.

## ORDER

Having read and considered the parties Stipulation and [Proposed] Order Re: Extension of Time to File a Consolidated Amended Complaint.

IT IS SO ORDERED.

Dated: June 24, 2005                    /s/ Maxine M. Chesney
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A CONSOLIDATED AMENDED COMPLAINT Master File No. 3:05-cv-00456-MMC

3