**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re SILICON IMAGE, INC. SECURITIES LITIGATION

_____/

No. C-05-456 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    In light of defendants' pending motion to dismiss, filed September 26, 2005, the case management conference scheduled for October 14, 2005 is hereby VACATED, and will be reset after resolution of the above-referenced motion.

    **IT IS SO ORDERED.**

Dated:  September 27, 2005

MAXINE M. CHESNEY
United States District Judge