1  MERRICK SCOTT RAYLE (#139478)
   LOVELL STEWART HALEBIAN LLP
2  213 Woods Street
   Pacific Grove, CA 93950
3  Telephone: (831) 333-0309
   Facsimile: (831) 333-0325
4  mrayle@lshllp.com

5  CHRISTOPHER LOVELL
   LOVELL STEWART HALEBIAN LLP
6  500 Fifth Avenue
   New York, New York 10110
7  Telephone: (212) 608-1900
   Facsimile: (212) 719-4677
8  clovell@lshllp.com

9  RICHARD A. SPEIRS
   PAUL KLEIDMAN
10 ZWERLING, SCHACHTER & ZWERLING, LLP
   41 Madison Avenue
11 New York, NY  10010
   Telephone:  (212) 223-3900
12 Facsimile:  (212) 371-5969
   rspeirs@zsz.com
13 pkleidman@zsz.com

14 Co-Lead Counsel for Plaintiffs

15
                        UNITED STATES DISTRICT COURT
16
                       NORTHERN DISTRICT OF CALIFORNIA
17
                              SAN FRANCISCO DIVISION
18

19

20 | In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456 MMC |

21 | This Document Relates To: All Actions | STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME TO FILE A SECOND CONSOLIDATED AMENDED COMPLAINT |

24 | | Hon. Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A SECOND
CONSOLIDATED AMENDED COMPLAINT
Master File No.  C 05-00456 MMC

1  WHEREAS, on January 31, 2005, <u>Curry v. Silicon Image, Inc. et al.</u> a complaint was
2  filed;

3  WHEREAS, on March 1, 2005, the Court approved the parties' Stipulation of
4  Consolidation and Scheduling Order;

5  WHEREAS, on April 27, 2005, the Court approved William S. Hayman and John
6  Herlihy ("Lead Plaintiffs") as Lead Plaintiffs and appointed Zwerling, Schachter & Zwerling,
7  LLP and Lovell Stewart Halebian LLP as Co-Lead Counsel;

8  WHEREAS, on June 24, 2005, the Court granted the parties' proposed order for the Lead
9  Plaintiffs to file a consolidated amended class action by July 27, 2005;

10  WHEREAS, Lead Plaintiffs filed a consolidated amended class action complaint on July
11  27, 2005;

12  WHEREAS, pursuant to the parties' Stipulation of Consolidation and Scheduling Order
13  dated February 28, 2005 and approved by the Court on March 1, 2005, the time for all
14  defendants to respond is extended until sixty (60) days after the filing of the consolidated
15  amended complaint, unless otherwise agreed upon by the parties and approved by the Court.  If
16  defendants file any motions directed at the complaint or consolidated amended complaint, Lead
17  Plaintiffs' opposition brief shall be filed within sixty (60) days of that response, and the reply
18  brief shall be filed thirty (30) days thereafter, unless otherwise agreed upon by the parties and
19  approved by the Court;

20  WHEREAS,  Defendants filed their motion to dismiss the consolidated amended class
21  action complaint and accompanying papers on September 26, 2005;

22  WHEREAS,  On September 27, 2005, the Court ordered that the case management
23  conference is vacated and will be reset after resolution of defendants' motion to dismiss;

24  WHEREAS, further disclosures have been made by defendants including on November
25  9, 2005.

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A SECOND
CONSOLIDATED AMENDED COMPLAINT Master File No. C 05-00456 MMC

1  WHEREAS, the parties have agreed to permit plaintiffs to amend the consolidated amended complaint and for defendants to withdraw their pending motion to dismiss without prejudice and\or file a new or amended motion to dismiss within 60 days of the filing a second consolidated amended complaint; and

WHEREAS, the parties have agreed that they will be bound by the time table set forth above as approved by the Court on March 1, 2005.

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

1. The time for filing and serving a second consolidated amended complaint is extended to December 8, 2005;

2. All defendants must respond to the second consolidated amended complaint not later than February 9, 2006;

3. If defendants file a motion to dismiss the second consolidated amended complaint, plaintiffs have sixty (60) days thereafter to oppose such motion; and

4. Defendants' reply brief shall be filed thirty (30) days after plaintiffs' opposition is filed and served, unless otherwise agreed upon by the parties and approved by the Court.

Dated:  November 21, 2005            LOVELL STEWART HALEBIAN LLP
                                     CHRISTOPHER LOVELL
                                     MERRICK SCOTT RAYLE
                                     FREDERICK W. GERKENS, III

                                     ZWERLING, SCHACHTER &
                                     ZWERLING, LLP
                                     RICHARD A. SPEIRS
                                     PAUL KLEIDMAN

                                     By: _/s/ Merrick Scott Rayle
                                     MERRICK SCOTT RAYLE

                                     Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A SECOND CONSOLIDATED AMENDED COMPLAINT Master File No. C 05-00456 MMC

3

| | |
|---|---|
| Dated:  November 21, 2005 | FENWICK & WEST LLP<br>ALICE L. JENSEN<br><br>By: /s/ Alice L. Jensen (w/permission FWG)<br> ALICE L. JENSEN<br><br>Attorneys for Defendants<br>Silicon Image, Inc., Steve Tirado,<br>Robert Gargus. and David Lee |

**ORDER**

Having read and considered the parties Stipulation and [Proposed] Order Re: Extension of Time to File a Second Consolidated Amended Complaint.

IT IS SO ORDERED.

Dated: November 29, 2005

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE A SECOND CONSOLIDATED AMENDED COMPLAINT Master File No. C 05-00456 MMC

4