IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION _____/ | No. C-05-456 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS** |

Before the Court is defendants' motion, filed September 26, 2005, to dismiss plaintiffs' Consolidated Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. After defendants filed said motion, the Court, by order filed November 29, 2005, approved the parties' stipulation to allow plaintiffs to file a Second Consolidated Amended Complaint, and, on December 8, 2005, plaintiffs filed their Second Consolidated Amended Complaint.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957). Accordingly, the Court hereby DENIES as moot defendants' motion to dismiss, and VACATES the hearing scheduled for January 13, 2005.

**IT IS SO ORDERED.**

Dated: December 12, 2005

MAXINE M. CHESNEY
United States District Judge