1  ROBERT C. SCHUBERT (S.B.N. 62684)
   JUDEN JUSTICE REED (S.B.N. 153748)
2  AARON DARSKY (S.B.N. 212229)
   SCHUBERT & REED LLP
3  Three Embarcadero Center, Suite 1650
   San Francisco, CA  94111
4  Telephone:  (415) 788-4220
   Facsimile:  (415) 788-0161
5  rschubert@schubert-reed.com
   jreed@schubert-reed.com
6  adarsky@schubert-reed.com

7  Attorneys for Plaintiffs

8

9  MERRICK SCOTT RAYLE
   (S.B.N. 139478)
10 LOVELL STEWART HALEBIAN LLP
   212 Wood Street
11 Pacific Grove, CA 93950
   Telephone:  (831) 333-0309
12 Facsimile:   (831) 333-0325
   mrayle@lshllp.com

CHRISTOPHER LOVELL
FREDERICK W. GERKENS, III
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
Telephone:  (212) 608-1900
Facsimile:   (212) 719-4677
clovell@lshllp.com
fgerkens@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, NY  10010
Telephone:  (212) 223-3900
Facsimile:  (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

Co-Lead Counsel for Plaintiffs

13

14

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

| | |
|---|---|
| In re SILICON IMAGE, INC.<br><br>18 SECURITIES LITIGATION<br><br>19 _____<br><br>20 This Document Relates To:<br><br>21 All Actions<br>22 | Master File No. C 05-00456 MMC<br>Hon. Maxine M. Chesney<br><br>ORDER RE PLAINTIFFS'<br>ADMINISTRATIVE MOTION FOR LEAVE<br>TO FILE A MEMORANDUM IN EXCESS<br>OF 25 PAGES IN OPPOSITION TO<br>DEFENDANTS' MOTION TO DISMISS |

23

24

25

-1-

1    Having reviewed Plaintiffs' Administrative Motion for Leave to File a Memorandum in

2  Excess of 25 Pages in Opposition to Defendants' Motion to Dismiss, and for good cause shown,

3  **IT IS HEREBY ORDERED:**

4    Plaintiffs shall be granted leave to file their Memorandum in Opposition to Defendants'

5  Motion to Dismiss in excess of 25 pages but not more than 30 pages.   Additionally, defendants

6  may file a reply in excess of 15 pages but not more than 20 pages.

7

8

   DATED:  April 5, 2006

9

10

   _____
11   The Honorable Maxine M. Chesney
     United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A
MEMORANDUM IN EXCESS OF 25 PAGES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS