1  EMMETT C. STANTON (CSB NO. 83930)
   (Email:  estanton@fenwick.com)
2  CHRISTOPHER A. GARCIA (CSB NO. 215184)
   (Email:  cgarcia@fenwick.com)
3  CATHLEEN DONOHOE (CSB NO. 228729)
   (Email:  cdonohoe@fenwick.com)
4  FENWICK & WEST LLP
   801 California Street,
5  Mountain View, CA  94041
   Telephone: (650) 988-8500
6  Facsimile:  (650) 938-5200

7  KEVIN P. MUCK (CSB NO. 120918)
   (Email:  kmuck@fenwick.com)
8  ALICE L. JENSEN (CSB NO. 203327)
   (Email:  ajensen@fenwick.com)
9  FENWICK & WEST LLP
   275 Battery Street
10 San Francisco, CA  94111
   Telephone: (415) 875-2300
11 Facsimile:  (415) 281-1350

12 Attorneys for Defendants
   SILICON IMAGE, INC., STEVE TIRADO,
13 AND DAVID LEE

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No.  C 05-00456 MMC |
|---|---|
| This Document Relates To: All Actions | **STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:     June 9, 2006<br>Time:    9:00 a.m.<br>Place:    Courtroom 7, 19th Floor<br>Judge:   The Honorable Maxine M. Chesney |

WHEREAS, defendants have requested, and plaintiffs have agreed to extend the time when defendants are required to reply to plaintiffs' memorandum of points and authorities in opposition to defendants' motion to dismiss the second consolidated amended complaint from the current date of Monday May 15, 2005 to the new date of Friday May 19, 2005..  Further, the parties are not requesting an adjournment of the hearing currently scheduled for June 9,

STIPULATION AND ORDER RE: EXTENSION OF TIME TO    Master File No. C 05-00456 MMC
FILE REPLY BRIEF

2006 at 9:00 a.m.

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

1. The time for filing and serving defendants' reply to plaintiffs' memorandum of points and authorities in opposition to defendants' motion to dismiss the second consolidated amended complaint is extended to May 19, 2005.

2. The hearing on defendants' motion is set for June 9, 2006 at 9:00 a.m.

Dated: May 11, 2006          LOVELL STEWART HALEBIAN LLP

                             By: _____/s/Merrick Scott Rayle_____
                                        Merrick Scott Rayle

Dated: May 11, 2006          ZWERLING, SCHACHTER & ZWERLING, LLP

                             By: _____/s/Richard A. Speirs_____
                                        Richard A. Speirs

                             Co-Lead Counsel for Plaintiffs

Dated: May 11, 2006          FENWICK & WEST LLP

                             By: _____/s/Emmett C. Stanton_____
                                        Emmett C. Stanton

                             Attorneys for Defendants

**ORDER**

The time for filing and serving defendants' reply to plaintiffs' memorandum of points and authorities in opposition to defendants' motion to dismiss the second consolidated amended complaint is extended to May 19, 2005.

IT IS SO ORDERED.

Dated: May 12, 2006

                             _____
                             The Honorable Maxine M. Chesney
                             United States District Court Judge