EMMETT C. STANTON (CSB NO. 83930)
(Email: estanton@fenwick.com)
CATHLEEN DONOHOE (CSB NO. 228729)
(Email: cdonohoe@fenwick.com)
CHRISTOPHER WALTON (CSB NO. 240070)
(Email: cwalton@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

KEVIN P. MUCK (CSB NO. 120918)
(Email: kmuck@fenwick.com)
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA  94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO,
AND DAVID LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No.  C 05-00456-MMC |
| | **STIPULATION AND SCHEDULING ORDER** |
| This Document Relates To: All Actions | Hon. Maxine M. Chesney |

WHEREAS, on June 21, 2006 the Court granted defendants' motion to dismiss the second consolidated amended complaint in this action granting plaintiffs leave to amend on or before July 21, 2006;

WHEREAS, plaintiffs filed a third consolidated amended complaint on July 21, 2006; and

WHEREAS, the parties have agreed to a modified briefing schedule as outlined below.

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

1. The time for all defendants to respond to the third consolidated amended

STIPULATION & SCHEDULING ORDER
MASTER FILE NO.:  C 05-00456-MMC

1 complaint is extended to September 1, 2006;

2.   If defendants file a motion to dismiss the third consolidated amended complaint, plaintiffs shall have until November 1, 2006 to oppose such motion; and

3.   Defendants reply brief in response to plaintiffs' opposition shall be filed on or before December 1, 2006, unless otherwise agreed upon by the parties and approved by the Court.

Dated:  August 2, 2006         FENWICK & WEST LLP

By:  _____/s/Emmett C. Stanton_____
         Emmett C. Stanton
Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO, AND DAVID LEE

Dated:  August 2, 2006         MERRICK SCOTT RAYLE (S.B.N. 139478)
LOVELL STEWART HALEBIAN LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile:  (831) 333-0325
mrayle@lshllp.com

CHRISTOPHER LOVELL
FREDERICK W. GERKENS, III
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com
fgerkens@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY  10010
Telephone: (212) 223-3900
Facsimile:  (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

By:  _____/s/Merrick Scott Rayle_____
         Merrick Scott Rayle

Co-Lead Counsel for Plaintiffs

STIPULATION & SCHEDULING ORDER
MASTER FILE NO.:  C 05-00456-MMC                       2

**ORDER**

Having read and considered the parties' Stipulation,

IT IS SO ORDERED.

Dated: August 3, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

1253466