EMMETT C. STANTON (CSB NO. 83930)
(Email: estanton@fenwick.com)
CATHLEEN DONOHOE (CSB NO. 228729)
(Email: cdonohoe@fenwick.com)
CHRISTOPHER WALTON (CSB NO. 240070)
(Email: cwalton@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

KEVIN P. MUCK (CSB NO. 120918)
(Email: kmuck@fenwick.com)
FENWICK & WEST LLP
275 Battery Street
San Francisco, CA  94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO,
AND DAVID LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No.  C 05-00456-MMC<br><br>**STIPULATION AND SCHEDULING ORDER** |
| This Document Relates To:<br>All Actions | |

    WHEREAS, defendants have requested an extension on the time to file their reply brief and plaintiffs have no objection and agree to the proposed date, the parties have agreed to a modified briefing schedule as outlined below.

    NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

    1.    Defendants' reply brief in response to plaintiff's opposition to the motion to dismiss the third consolidated amended complaint shall be filed on or before December 15, 2006, unless otherwise agreed upon by the parties and approved by the Court; and

STIPULATION & SCHEDULING ORDER
MASTER FILE NO.:  C 05-00456-MMC

2. The hearing of the above-reference motion to dismiss shall be moved to January 26, 2007 at 9:00 a.m. in the courtroom of the Honorable Maxine M. Chesney.

Dated: November 20, 2006

FENWICK & WEST LLP

By: _____/s/Emmett C. Stanton_____
         Emmett C. Stanton

Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO, AND DAVID LEE

Dated: November 20, 2006

MERRICK SCOTT RAYLE (S.B.N. 139478)
LOVELL STEWART HALEBIAN LLP
212 Wood Street
Pacific Grove, CA 93950
Telephone: (831) 333-0309
Facsimile: (831) 333-0325
mrayle@lshllp.com

CHRISTOPHER LOVELL
FREDERICK W. GERKENS, III
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com
fgerkens@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

By: _____/s/Merrick Scott Rayle_____
         Merrick Scott Rayle

Co-Lead Counsel for Plaintiffs

1 **ORDER**

2 Having read and considered the parties' Stipulation and [Proposed] Scheduling Order,

3 IT IS SO ORDERED.

4

5 Dated: November 20, 2006

_____

6 THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

7 19570/00418/LIT/1258500.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW