IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION<br>_____/ | No. C-05-456 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY** |

Before the Court is plaintiffs' administrative motion, filed January 4, 2007, for leave to a file a surreply to defendants' reply in support of defendants' motion to dismiss the Third Consolidated Amended Complaint ("SCAC"). Defendants have filed opposition. Having reviewed the administrative motion and opposition thereto, the Court rules as follows.

Plaintiffs argue they are entitled to file a surreply to address issues defendants have raised for the first time in defendants' reply. The Court finds the sections identified in plaintiffs' proposed surreply[1] as "D" and "E" are responses to legal arguments made for the first time in defendants' reply, and, consequently, the Court will afford plaintiffs leave to file a surreply that includes those two sections. As to the other sections in the proposed surreply, specifically, "A," "B," and "C," the Court finds the points made therein are not responsive to arguments made for the first time in defendants' reply, and, consequently, plaintiffs are not entitled to file a surreply containing such sections.

---

[1] The proposed surreply is attached as Exhibit A to the administrative motion.

Accordingly, plaintiffs' administrative motion is hereby GRANTED to the extent plaintiffs seek to file a surreply that includes the sections denominated as "D" and "E" in their proposed surreply, along with an appropriate introduction. Such surreply shall be filed no later than January 16, 2007. In all other respects, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 11, 2007

MAXINE M. CHESNEY
United States District Judge