CHRISTOPHER LOVELL
FREDERICK W. GERKENS, III
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com
fgerkens@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

Co-Lead Counsel for Plaintiffs

ROBERT C. SCHUBERT (S.B.N. 62684)
JUDEN JUSTICE REED (S.B.N. 153748)
AARON H. DARSKY (S.B.N. 212229)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubert-reed.com
jreed@schubert-reed.com
adarsky@schubert-reed.com

Local Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re SILICON IMAGE, INC. SECURITIES LITIGATION _____ This Document Relates To: All Actions | Master File No. C 05-00456 MMC Hon. Maxine M. Chesney STIPULATION AND [PROPOSED] SCHEDULING ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS TO FEBRUARY 9, 2007 |
|---|---|

STIPULATION AND [PROPOSED] SCHEDULING ORDER                                 Master File No. C 05-00456 MMC

1  WHEREAS, Defendants' motion to dismiss the Third Consolidated Amended Complaint, dated September 1, 2006, has been fully briefed;

WHEREAS, Defendants' motion is scheduled to be heard before this Court on January 26, 2007;

WHEREAS, Plaintiffs have requested that the hearing be adjourned to February 9, 2007 due to unanticipated scheduling conflicts and the recent departure of Merrick S. Rayle from co-lead counsel, Lovell Stewart Halebian LLP;

WHEREAS, Plaintiffs have not made any prior request to adjourn the hearing and Defendants have no objection and agree to the proposed rescheduled hearing date;

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as follows:

1. The hearing of the above-referenced motion to dismiss currently scheduled for January 26, 2007 at 9:00 a.m. shall be continued to February 9, 2007 at 9:00 a.m. in the courtroom of the Honorable Maxine M. Chesney.

DATED:  January 23, 2007                    SCHUBERT & REED LLP

                                            /s/ Aaron H. Darsky_____
                                       By:  AARON H. DARSKY (S.B.N. 212229)
                                            ROBERT C. SCHUBERT (S.B.N. 62684)
                                            JUDEN JUSTICE REED (S.B.N. 153748)
                                            Three Embarcadero Center, Suite 1650
                                            San Francisco, CA  94111
                                            Telephone:  (415) 788-4220
                                            Facsimile:  (415) 788-0161
                                            rschubert@schubert-reed.com
                                            jreed@schubert-reed.com
                                            adarsky@schubert-reed.com

                                            Local Counsel for Plaintiffs

                                            CHRISTOPHER LOVELL
                                            FREDERICK W. GERKENS, III
                                            LOVELL STEWART HALEBIAN LLP
                                            500 Fifth Avenue
                                            New York, New York 10110
                                            Telephone:  (212) 608-1900
                                            Facsimile:  (212) 719-4677

STIPULATION AND [PROPOSED] SCHEDULING ORDER                Master File No. C 05-00456 MMC

1

1  
2  clovell@lshllp.com  
   fgerkens@lshllp.com  
3  
   RICHARD A. SPEIRS  
4  PAUL KLEIDMAN  
   ZWERLING, SCHACHTER & ZWERLING, LLP  
5  41 Madison Avenue  
   New York, NY  10010  
6  Telephone:  (212) 223-3900  
   Facsimile:  (212) 371-5969  
7  rspeirs@zsz.com  
   pkleidman@zsz.com  
8  
9  Co-Lead Counsel for Plaintiffs  

10 DATED:  January 23, 2007          FENWICK & WEST LLP  
11  
                                    /s/ Emmett C. Stanton (with permission by AHD)  
12                          By:     Emmett C. Stanton (S.B.N. 83930)  
13                                  801 California Street  
                                    Mountain View, CA  94041  
14                                  Telephone:  (650) 988-8500  
                                    Facsimile:  (650) 938-5200  
15                                  estanton@fenwick.com  

16                                  Attorneys for Defendants Silicon Image, Inc., Steve Tirado and David Lee  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

STIPULATION AND [PROPOSED] SCHEDULING ORDER                      Master File No. C 05-00456 MMC  
2

**ORDER**

Having read and considered the parties' Stipulation and [Proposed] Scheduling Order, IT IS SO ORDERED.

Dated: January 24, 2007

_____
The Honorable Maxine M. Chesney
United States District Judge