EMMETT C. STANTON (CSB NO. 83930)
(Email: estanton@fenwick.com)
CATHLEEN DONOHOE (CSB NO. 228729)
(Email: cdonohoe@fenwick.com)
CHRISTOPHER WALTON (CSB NO. 240070)
(Email: cwalton@fenwick.com)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

KEVIN P. MUCK (CSB NO. 120918)
(Email: kmuck@fenwick.com)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO,
AND DAVID LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SILICON IMAGE, INC. SECURITIES LITIGATION | Master File No. C 05-00456-MMC<br><br>**STIPULATED SCHEDULING ORDER** |
| This Document Relates To:<br>All Actions | Hon. Maxine M. Chesney |

WHEREAS, on February 23, 2007 the Court granted defendants' motion to dismiss the third consolidated amended complaint, while granting plaintiffs leave to amend on or before March 30, 2007;

WHEREAS, plaintiffs filed a fourth consolidated amended complaint on March 30, 2007; and

WHEREAS, the parties have agreed to a briefing schedule in connection with defendants' planned motion to dismiss, as outlined below.

NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders as

STIPULATION & SCHEDULING ORDER
MASTER FILE NO.: C 05-00456-MMC

1  follows, unless otherwise agreed upon by the parties and approved by the Court:

2       1.    The time for all defendants to respond to the fourth consolidated amended

3  complaint is extended to May 25, 2007;

4       2.    If defendants file a motion to dismiss the fourth consolidated amended complaint,

5  plaintiffs shall have until July 24, 2007 to oppose such motion; and

6       3.    Defendants' reply brief in support of the motion to dismiss shall be filed on or

7  before August 23, 2007.

8  Dated: April 4, 2007

FENWICK & WEST LLP

By:    /s/Emmett C. Stanton
       Emmett C. Stanton

Attorneys for Defendants
SILICON IMAGE, INC., STEVE TIRADO, AND DAVID LEE

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

CHRISTOPHER LOVELL
FREDERICK W. GERKENS, III
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
clovell@lshllp.com
fgerkens@lshllp.com

RICHARD A. SPEIRS
PAUL KLEIDMAN
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY  10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
rspeirs@zsz.com
pkleidman@zsz.com

By:   /s/Richard A. Speirs
     Richard A. Speirs (Admitted *Pro Hac Vice*)

Co-Lead Counsel for Plaintiffs

ROBERT C. SCHUBERT (S.B.N. 62684)
JUDEN JUSTICE REED (S.B.N. 153748)
AARON H. DARSKY (S.B.N. 212229)
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@schubert-reed.com
jreed@schubert-reed.com
adarsky@schubert-reed.com

Local Counsel for Plaintiffs

STIPULATION & SCHEDULING ORDER
MASTER FILE NO.: C 05-00456-MMC      2

**ORDER**

Having read and considered the parties' stipulation,

IT IS SO ORDERED.

Dated: April 5, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW