IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILCON IMAGE, INC. SECURITIES LITIGATION  _____ / | No. CV-05-0456 MMC  **JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion to dismiss the fourth consolidated amend complaint is hereby GRANTED, and the fourth consolidated amended complaint is hereby DISMISSED.

Dated: September 25, 2007                                              Richard W. Wieking, Clerk

                                                                                         *Tracy Lucero*

                                                                                         By: Tracy Lucero
                                                                                         Deputy Clerk