UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: SILICON IMAGE, INC SECURITIES LITIGATION, <br><br> In Re, <br><br> ------------------------------ <br><br> LANDON CURRY; WILLIAM S. HAYMAN; JOHN HERLIHY, <br><br>  Plaintiffs - Appellants, <br><br> v. <br><br> SILICON IMAGE, INC SECURITIES LITIGATION; STEVE TIRADO ROBERT GARGUS; DAVID LEE, <br><br>  Defendants - Appellees. | No.  07-16947 <br> D.C. No.  CV-05-00456-MCC <br> Northern District of California, San Francisco <br><br><br> **MANDATE** |

The judgment of this Court, entered 5/1/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk